UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SIGERS,
    Plaintiff(s),

v.                                      CIVIL ACTION NO. 08-13298
                                        HONORABLE PATRICK J. DUGGAN

CORRECTIONS OFFICER BAILEY, ET.AL,
    Defendant(s).
_____/

**SECOND**
**ORDER DIRECTING SERVICE**

      It having previously been determined that the plaintiff is *in forma pauperis* and may proceed without prepayment of the fee .

      **IT IS HEREBY ORDERED** that the United States Marshal serve a copy of the Complaint, waiver of service of summons and this order upon defendant and without payment of the usual costs for such service. The Marshal is expressly authorized to collect in any appropriate manner, from plaintiff, after effecting service the usual and customary costs for such service.

      **IT IS FURTHER ORDERED** that hereafter plaintiff shall serve upon defendants or, if appearance has been entered by an attorney upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate of service stating the date on which a true and correct copy of any such document was mailed to the defendant or the attorney. Any paper received by a district judge or magistrate which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

                                                      s/Patrick J. Duggan
                                                      Patrick J. Duggan
                                                      United States District Judge

Dated: December 17, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2008, by electronic and/or ordinary mail and that service has been arranged for as provided in this Order.(Jason Sigers, #445206, 3100 Cooper St.Jackson, MI 49201)
                                                       s/Marilyn Orem
                                                     Case Manager