UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SIGERS,

     Plaintiff,

v.

Case No. 08-13298
Honorable Patrick J. Duggan

C/O BAILEY, P.A. UNKNOWN MEDICAL
STAFF AT PINE RIVER FACILITY, DR.
MISHRA, P.A. JUDY DAOUST, DR.
TIEN, and CORRECTIONAL MEDICAL
SERVICES, INC.,

     Defendants.
_____/

## JUDGMENT

On July 21, 2008, Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging that Defendants failed to protect him from an assault by other inmates and thereafter failed to provide him with adequate medical care. This Court previously dismissed Plaintiff's claims against Defendant Judy Daoust, P.A. and Correctional Medical Services, Inc. on January 19, 2010. In an Opinion and Order issued on this date, the Court dismissed Plaintiff's claims against the remaining Defendants for failure to prosecute the action.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in

favor of Defendants and against Plaintiff and Plaintiff's amended complaint is

**DISMISSED WITH PREJUDICE**.

DATE:August 3, 2010	<u>PATRICK J. DUGGAN</u>
	UNITED STATES DISTRICT JUDGE

Copies to:
Jason Sigers, #445206
Jackson County Parole Office
1699 Lansing Avenue
Jackson, MI  49202

Randall A. Juip, Esq.
Anthony D. Pignotti, Esq.
Brian J. Richtarcik, Esq.
Loretta B. Subhi, Esq.
John L. Thurber, Esq.